UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62004-CIV-DIMITROULEAS

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

THE AQUA HOTEL, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal With Prejudice, filed on February 27, 2024. [DE 19]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 19] is **APPROVED;**

2. This case is **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record